Evidence that

BP-10s Administrative Remedy

For ID 1209177 (FSA Eligibility date)

And ID 1205982 (credit Official Detention)

were mailed to the BOP Regional

office and received by them

RCV'D USDC FLND PN
NOV 18 '24 AM 11:48   AB



⇔28864-510⇔
B O P Regional Director
Building 2000
3800 CAMP Creek PKWY SW
Southeast Regional Office
Atlanta, GA 30331-6226
United States

1205982 Rem ID
CREDIT FOR OFFICIAL
DETENTION

Evidence tHAT BP10
was Mailed And
Received AT tHE
Regional OFFICE
iN Atlanta, GA

FILED USDC FLND PN
NOV 18 '24 AM 11:43  AB

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701397245767

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/?_gl=1*u8zk48*_gcl_au*MTE4NDMwNzA3Ni4xNzMwMDM1MTky*_ga*MTUyMDg1MTM1OC4xNzMwMDM1MTky*_ga_3NXP3C8S9V*MTczMDAzNTE5Mi4xLjEuMTczMDAzNTQxMS4w

### Latest Update

Your item was delivered to an individual at the address at 1:49 pm on July 29, 2024 in ATLANTA, GA 30331.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
ATLANTA, GA 30331
July 29, 2024, 1:49 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

Text & Email Updates    ⌄

---

USPS Tracking Plus®    ⌄

---

Product Information    ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

Feedback

TRULINCS 28864510 - QUINTANA, NOEL - Unit: PEN-B-A

---

FROM: Abackp, Abel
TO: 28864510
SUBJECT: [george]
DATE: 09/07/2024 07:21:08 PM

USPS 9589071052701397245767 Delivered, Left with Individual 07/29/2024 1:49pm ATLANTA GA 30331 Reply STOP to cancel



⇔28864-510⇔
B O P Regional Director
Building 2000
3800 CAMP Creek PKWY SW
Southeast Regional Office
Atlanta, GA 30331-6226
United States



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information visit our website at www.usps.com

⇔28864-510⇔
Noel Quintana Sr.
Federal Prison Camp Pensacola
P O Box 3949
Pensacola, FL 32516
United States

UNIT B

Total Postage and Fees
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4

FILED USDC FLND PN
NOV 18 '24 AM 11:43

ID 1209177
FSA Elegibility DATE
Evidence THAt
BP 10 WAS filed
And received At
the Regional office
in Atlanta, GA

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701397251584

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:13 pm on September 3, 2024 in ATLANTA, GA 30331.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
ATLANTA, GA 30331
September 3, 2024, 2:13 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

TRULINCS 28864510 - QUINTANA, NOEL - Unit: PEN-B-A

----

FROM: Abackp, Abel
TO: 28864510
SUBJECT: [george]
DATE: 09/03/2024 03:21:11 PM

USPS 9589071052701397251584, Delivered, Left with Individual 09/03/2024 2:13pm ATLANTA GA 30331 Reply STOP to cancel