UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOEL QUINTANA,
    Petitioner,

v.                                                                          Case No. 3:24cv583-LC-MAL

S. SAULSBERRY,
WARDEN FPC PENSACOLA,
    Respondent.
_____/

## ORDER

On May 20, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied. (ECF No. 14). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections and supplement.

Having considered the Report and Recommendation, the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241

(ECF No. 2) is **DENIED**.

3.    The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 9th day of June, 2025.

                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**